

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| ADRIAN HERRERA, | | § | No. 08-19-00282-CR |
|---|---|---|---|
| | Appellant, | § | Appeal from the |
| v. | | § | 409th Judicial District Court |
| THE STATE OF TEXAS, | | § | of El Paso County, Texas |
| | Appellee. | § | (TC# 20160D05732) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF MARCH, 2021.


JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.